UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERRY G. CALDWELL,

                                    Petitioner,

                        -v.-

WARDEN E. RICKARD,

                                    Respondent.

25 Civ. 9071 (KPF)

**Order to Answer
28 U.S.C. § 2241**

KATHERINE POLK FAILLA, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

**The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address:**

**jeffrey.oestericher@usdoj.gov.**

Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other response to the petition. Petitioner may file reply papers, if any, within 30 days from the date Petitioner is served with Respondent's response.

SO ORDERED.

Dated:    November 13, 2025
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge